```
1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JERRY SMITH,<br><br>　　　　　　Defendant | No. CV A 08-1900<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Jerry Smith, in the principal amount of $4,022.92 plus interest accrued to March 1, 2008, in the sum of $2,081.33; with interest accruing thereafter at 8.25% annually until entry of judgment, for a total amount of **$6,104.25**.

DATED: March 26, 2008　　　　By: SHERRI R. CARTER
　　　　　　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　　　/s/K.Phillips for Sharon McGee-Traylor
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　United States District Court